■ JEANNE BANAZEK, Appellant v STATE OF NEW YORK, Respondent. (Claim No. 88856.) [639 NYS2d 770] ▮

Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.

■ In the Matter of CRISSANDRA A., Petitioner, v JEFFREY B., Respondent. DOUGLAS R. B., SR., et al., Appellants; LEEANN R. A., Respondent. [639 NYS2d 769] ▮

Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.

■ BARBARA PIPER et al., Respondents, v INTERNATIONAL BUSINESS MACHINES CORPORATION, Appellant. (Appeal No. 1.) [639 NYS2d 769] ▮

Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.